AO440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

**SUMMONS IN A CIVIL ACTION**

RITA POLK, on behalf of herself and all others similarly situated,

      Plaintiff

vs.

      CASE NUMBER:

SCHERING-PLOUGH CORPORATION and MERCK & CO., INC.

      Defendants.

TO: Merck & Co., Inc.
   One Merck Drive
   Whitehouse Station, New Jersey 08889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

 James E. Cecchi, Esq.
 Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
 5 Becker Farm Road
 Roseland, NJ  07068

an answer to the complaint which is herewith served on you within __20__ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____ _____
CLERK,               DATE


BY:_____
   DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                               *Signature of Server*

                                                                  _____
                                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#328686v1