# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | 5 BECKER FARM ROAD | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | ROSELAND, N.J. 07068-1739 | DONALD S. BROOKS | WILLIAM SQUIRE |
| JOHN N. BAIN | A. RICHARD ROSS | PHONE (973) 994-1700 | FRANCIS C. HAND | ALAN J. GRANT° |
| JOHN G. GILFILLAN, III | KENNETH L. WINTERS | FAX (973) 994-1744 | AVRAM S. EULE | LAURA S. MUNZER |
| PETER G. STEWART | JEFFREY A. COOPER | www.carellabyrne.com | RAYMOND W. FISHER | MARC D. MICELI |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | | DAVID J. REICH | RAYMOND E. STAUFFER° |
| ARTHUR T. VANDERBILT, II | MELISSA E. FLAX | | OF COUNSEL | JACOB A. KUBERT |
| JAN ALAN BRODY | DENNIS F. GLEASON | | | STANLEY J. YELLIN |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | | STEPHEN R. DANEK |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | DANIEL J. MULLIGAN |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ERIC MAGNELLI |
| | KHOREN BANDAZIAN | | | °MEMBER N.Y. BAR ONLY |
| | LINDSEY H. TAYLOR | | | |
| JAMES D. CECCHI (1933-1995) | | | | |

April 22, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Newark, New Jersey 07102

Re:   In re Vytorin/Zetia Marketing, Sales Practices
        and Products Liability Litigation
        MDL No. 1938

Dear Judge Cavanaugh:

This firm, along with others, represent various plaintiffs in several of the actions pending before Your Honor encompassed by the above litigation which has been transferred to this Court by the Judicial Panel for Multidistrict Litigation (hereinafter the "Panel").

In connection with today's case management conference, I have enclosed a proposed Case Management Order which we will be prepared to discuss in Court. As Your Honor will see, the recommendations set forth in our proposed order – at least as to procedural organization – fundamentally mirror the suggestions made to the Court yesterday by defendants. Further, the Court should be aware that the recommendations set forth in our order for "Interim Liaison Counsel" enjoy the near unanimous support of all plaintiffs in the MDL proceeding.[1]

---

[1] At an organizational meeting last night, the recommendations for Interim Liaison Counsel were approved with one objection. The objection, from the firm of Lite, DePalma, Greenberg & Rivas, will presumably be addressed by them at today's hearing.

Honorable Dennis M. Cavanaugh, U.S.D.J.
April 22, 2007
Page 2


Thank you for Your Honor's continued attention to this matter and we look forward to addressing all of these issues at today's hearing.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

*[signature]*

JAMES E. CECCHI


JEC/ljf
cc:   Honorable Mark Falk, U.S.M.J. (Via ECF and Regular Mail)
      All Counsel (Via email)

#344334