UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 22 April 2008

JUDGE: Dennis M. Cavanaugh & Magistrate Judge Mark Falk

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                          Docket # 8cv285

 Rita Polk    v.    Schering Plough Corp., et al
MDL 1938 In Re: Zetia/Vytorin Litigation

Appearances:

P-    James Checchi, Chirs Seeger, Elizabeth Cabraser at table
D-    Ezra Rosenberg, Ryan Mulvaney, Hope Friewald, Ben Barnett,
      Theodore Mayer & regan Crotty at table
Daniel Becknell, Joe Whatley, Scott Weinstein & Bruce Greenberg
spoke at conference.
Some 66 other attorney's present at the conference.


Nature of proceedings:

Initial Scheduling conference held.
Appearances given by those at counsel table.
Pltf's motion for Interim Liaison counsel heard.
Motion granted.
Parties to agree on language of order and submit to court for
signature.


Time Commenced_____11_____
Time Adjourned_____12_____


cc: chambers                          __Scott P. Creegan__
                                      Deputy Clerk