NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN ERISA LITIGATION | Hon. Dennis M. Cavanaugh |
|  | **ORDER** |
| THIS DOCUMENT RELATES TO: | Civil Action No. 08-CV-285 (DMC) |
| ALL CASES |  |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon motion by Plaintiffs for final approval of class certification and final approval of the proposed Settlement and Release Agreement and by Co-Lead Class Counsel for an award of attorneys' fees and reimbursement of expenses. Upon consideration of all submissions and pursuant to the hearing before this Court; and based upon this Court's Opinion filed this day;

IT IS this   9th   day of February, 2010;

**ORDERED** Plaintiffs' motion for final approval of class certification and final approval of the Settlement Agreement and Release is **granted**; and it is further

**ORDERED** Co-Lead Class Counsel's motion for an award of attorneys' fees is **granted.**

                                                                  S/ Dennis M. Cavanaugh
                                                                  Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File